IN THE SUPREME COURT OF THE STATE OF DELAWARE

| IN THE MATTER OF A MEMBER | § | |
|---|---|---|
| OF THE BAR OF THE SUPREME | § | No. 81, 2016 |
| COURT OF THE STATE OF | § | |
| DELAWARE: | § | |
| | § | ODC File No. 112315-B |
| S. HAROLD LANKENAU, | § | |
| | § | |
| Respondent. | § | |

## ORDER FOR INTERIM SUSPENSION

This 22nd day of February 2016, it appears to the Court, as follows:

(1)     Pursuant to Rule 16 of the Delaware Lawyers' Rules of Disciplinary Procedure ("Procedural Rules"), the Office of Disciplinary Counsel ("ODC") and S. Harold Lankenau, Esquire ("Respondent") by and through his attorney have submitted a joint Verified Petition for Interim Suspension for consideration by this Court.

(2)     On February 12, 2016, the Board of Professional Responsibility filed its Report of the Panel on Petition for Discipline ("Board Report"). *IMO S. Harold Lankenau*, Case No. 73, 2016, Board Case No. 112315-B (Feb. 12, 2016).  The Board found Respondent violated Rules 1.15(a), 1.15(b), 8.4(b), 8.4(c) and 8.4(d) of the Delaware Lawyers' Rules of Professional Conduct and recommended the sanction of suspension of six months and a day.

(3)     Based on the Respondent's admitted violations and the Board's recommended sanction, Respondent consents to Interim Suspension pending

1

resolution of the disciplinary proceedings, without prejudice to any Objections, which may be filed by ODC or Respondent.

(4)     On February 18, 2016, ODC filed an unopposed motion to extend the time for filing Objections to the Board Report from March 7, 2016 to April 7, 2016. Respondent joins in ODC's request to extend the time for filing Objections to the Board's Report to April 7, 2016.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Respondent is immediately suspended from the practice of law, on an interim basis, pending the outcome of disciplinary proceedings. It is further ordered that the Respondent's and ODC's Motions for Extension to File Objections to the Board Report filed February 18, 2016 are GRANTED.

BY THE COURT:

/s/ Randy J. Holland
Justice

2